IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-cv-00123-M

| | |
|---|---|
| **MATTHEW FARR,** | : |
| Plaintiff, | : |
| v. | : |
| **THE UNITED STATES OF AMERICA,** | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

Plaintiff, Matthew Farr and Defendant, The United States of America hereby stipulate to the dismissal of the above captioned action without prejudice as to all claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees/costs. The parties request that the Clerk of Courts close this case.

Respectfully submitted,

/s/ Derek DeBrosse
**Derek A. DeBrosse, Esq.   (OH 0084183)**
*Trial Attorney*
CHESHIRE DEBROSSE, P.C.
503 South Front Street, Suite 240B
Columbus, Ohio 43215
Tele: (888) 399-7863
Fax: (888) 271-6215
Derek@MunitionsGroup.com

G. NORMAN ACKER III
Acting United States Attorney

By: /s/ Michael G. James
MICHAEL G. JAMES
Assistant United States Attorney
U.S. Attorney's Office Civil Division
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email:mike.james@usdoj.gov
N.Y. Reg. No. 2481414
Attorney for Defendant